**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,          ) | CR 04-1088-PHX-JAT |
|                         )            |  |
|         Plaintiff,          ) | **ORDER** |
|                         )            |  |
| vs.                        )         |  |
|                         )            |  |
| Calvin Frank Morris,          )     |  |
|                         )            |  |
|         Defendant.          )       |  |
|                         )            |  |

Pending before the Court is Defendant's Motion for Unsealing Plea Colloquy Transcript Record and Sentencing Hearing Transcript Record of Paul Jimenez (Doc. # 143). The Government responded (Doc. # 144).

For the reasons stated in the Government's Response, Defendant's Motion is denied.

IT IS ORDERED that Defendant's Motion for Unsealing Plea Colloquy Transcript Record and Sentencing Hearing Transcript Record of Paul Jimenez (Doc. # 143) is DENIED.

DATED this 7th day of August, 2007.

James A. Teilborg
United States District Judge